IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| EDWIN DARNELL STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-156 |
| | ) | |
| ACCESS SECURE PAK REMINGTON | ) | |
| RETURNS CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, an inmate incarcerated at Augusta State Medical Prison in Grovetown, Georgia, filed the above-captioned case pursuant to 42 U.S.C. § 1983. On November 17, 2014, the Magistrate Judge issued a Report and Recommendation ("R&R") in which he recommended dismissal of this case because Plaintiff had failed to state a claim upon which relief can be granted. (Doc. no. 11.) Plaintiff was also instructed that any objections to the R&R had to be filed no later than December 4, 2014. (Doc. no 12.) As no objections to the R&R were received by the deadline, the Court adopted the R&R on December 10, 2014. (Doc. no. 13.)

On January 5, 2015, the Clerk's Office received a filing by Plaintiff, dated November 26, 2014, and postmarked January 3, 2015. (See doc. no. 15.) Because Plaintiff opposes the R&R in his filing, the Court will construe this filing as Plaintiff's objections. (See generally id.) Additionally, because the objections are dated November 26, 2014, in an abundance of caution, the Court will address Plaintiff's objections to the R&R. (Id.) Thus, the Court **VACATES** its December 10th Adoption Order.

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 15). None of Plaintiff's objections provide any reason to depart from the conclusions in the R&R. As a result, the Court **OVERRULES** Plaintiff's objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 12th day of January, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA